# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

Michele Perretta and Anna Perretta
*Plaintiff*
v.
Acqura Loan Servicing, et als.
*Defendant*

Case No. CA12-927

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Acqura Loan Servicing.

Date: 01/18/2013

[signature]
*Attorney's signature*

/s/William M. Walsh, Esq. #1773
*Printed name and bar number*

Law Offices of James J. Caruolo
33 College Hill Road, Bldg. 15C
Warwick, RI 02886
*Address*

wwalsh@lawofficesofjjc.com
*E-mail address*

(401) 828-7100
*Telephone number*

(401) 828-7102
*FAX number*