MICHELE PERRETTA anad          :
ANNA PERRETTA                  :
                               :
vs.                            :     Civil Docket No. 12-cv-927
                               :
AMERICAN RESIDENTIAL EQUITIES  :
LIX, LLC, ALIAS, STATEBRIDGE   :
COMPANY, LLC, ALIAS, MARIX     :
SERVICING, LLC, WESTBOURNE     :
CAPITAL, LLC, AMERICAN         :
RESIDENTIAL EQUITIES, LLC, ALIAS, :
ACQURA LOAN SERVICING, ALIAS,  :
AND JOHN DOE, ALAIS

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the Defendant, Westbourne Capital, LLC.

Westbourne Capital, LLC
By its attorney,


___/s/ Michael R. Hagopian_____
Michael R. Hagopian #3448
Orlans Moran
PO Box 540540
Waltham, MA 02454
(781) 790-7800


## CERTIFICATION

I hereby certify that a true copy was sent by electronic means to counsel of record


___/s/ Michael R. Hagopian_____

_____