UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Perretta et al v. American Residential Equities LIX, LLC et al )
)
)
)
)
)
)

C.A. 12-927

## DENIAL BY SPECIAL MASTER OF RELIEF FROM NO-FILING STAY

The request of defendant Westbourne Capital, LLC for Relief from the No-Filing Stay is denied.

_____
Barbara Hurst, Deputy Special Master

_5/30/13_____
Date