UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHELE PERRETTA and | : | |
| ANNA PERRETTA | : | |
| | : | |
| vs. | : | Civil Docket No. 12-cv-927 |
| | : | |
| AMERICAN RESIDENTIAL EQUITIES | : | |
| LIX, LLC, ALIAS, STATEBRIDGE | : | |
| COMPANY, LLC, ALIAS, MARIX | : | |
| SERVICING, LLC, WESTBOURNE | : | |
| CAPITAL, LLC, AMERICAN | : | |
| RESIDENTIAL EQUITIES, LLC, ALIAS, | : | |
| ACQURA LOAN SERVICING, ALIAS, | : | |
| AND JOHN DOE, ALIAS | : | |

## <u>MOTION TO DISMISS</u>

Now comes t he Defendants, Westbourne Capital, LLC and American Residential

Equities LIX, LLC and hereby move to dismiss the Plaintiffs' Complaint pursuant to Rules

12(b)(6), 12(b)(7) and 19 of the Federal Rules of Civil Procedure for failure to state a claim upon

which relief can be granted and failure to add an indispensable party.

WHEREFORE, Defendants pray that Plaintiffs' complaint be dismissed together with

such other and further relief as this Honorable Court deems meet and just.

Defendants
By their attorney


 _/s/_ Michael R. Hagopian_____
Michael R. Hagopian #3448
Orlans Moran PLLC
PO Box 540540
Waltham, MA 02454
(781) 790-7800

File No. 434.0094

<u>CERTIFICATION</u>

I hereby certify that a true copy of the foregoing was sent electronically to each party of record on February 14, 2014.

                                /s/ Michael R. Hagopian