201308050108550 Bk:LR4787 Pg:4
RECORDED Cranston,RI 1/2
08/05/2013 09:59:27 AM ASGT MTG

Prepared by:
Pamela A. Perrot
Westbourne Capital, LLC
100 Wilshire Blvd., Ste. 250
Santa Monica, CA 90401

When recorded return to:
Note Capital Group, Inc.
2037 San Elijo Avenue
Cardiff, CA 92007

Property Address: **380 PIPPIN ORCHARD ROAD, CRANSTON, RHODE ISLAND 02921**

617842 _____ SPACE ABOVE FOR RECORDER'S USE_____

### ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, American Residential Equities LIX, LLC, a Delaware limited liability company, , whose address is 100 Wilshire Blvd., Ste. 250, Santa Monica, CA 90401, by these presents does convey, grant, bargain, sell, assign, transfer and set over to:

Note Capital Group, Inc.
                                                                                                , Assignee,
a California Company, having an address of 2037 San Elijo Avenue, Cardiff, CA 92007, the described Mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for $971,750.00 is recorded in the State of Rhode Island, Providence County, Official Records, dated October 25, 2006 and recorded on November 2, 2006, in Book No. 3520, at Page 165.

Original Mortgagor:          MICHELLE PERRETTA AND ANNA M. PERRETTA

Original Mortgagee:          ZURICH MORTGAGE SOLUTIONS, LLC

Date: July 30, 2013

ASSIGNOR:

AMERICAN RESIDENTIAL
EQUITIES LIX, LLC

AFTER RECORDING RETURN TO
DOCUMENT PROCESSING SOLUTIONS, INC
590 W. LAMBERT RD
BREA, CA 92821

Witness:

_____
Jeffrey Kirsch, Authorized Signatory

Print Name: Eric Hecht

Witness:

_____
Print Name: Carey Heyman

STATE OF CALIFORNIA          )
                             ) SS
COUNTY OF LOS ANGELES        )

On July 30, 2013, before me, Ben Hecht, a notary public for and within the said county, personally appeared, Jeffrey Kirsch, Authorized Signatory of American Residential Equities LIX, LLC personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal:

By: _____
       Notary Public, Ben Hecht

My commission Expires:
March 25, 2015

BEN HECHT
Commission # 1930056
Notary Public - California
Los Angeles County
My Comm. Expires Mar 25, 2015