# EXHIBIT E

Marix Servicing

Sent Via Certified Mail
7196 9006 9295 8434 2059

03/05/2012

ANNA M PERRETTA
380 PIPPIN ORCHARD RD
CRANSTON, RI 02921-3616

Loan Number: [redacted]
Property Address: 380 PIPPIN ORCHARD RD
CRANSTON, RI 02921

**ADVERTENCIA**

ESTA NOTIFICACION ES DE SUMA IMPORTANCIA, PUES AFECTA SU DERECHO A CONTINUAR VIVIENDO EN SU CASA. SI NO COMPRENDE EL CONTENIDO, DE ESTA CARTA, OBTENGA UNA TRADUCCION INMEDIATAMENTE.

Dear ANNA M PERRETTA:

You are hereby provided formal notice by Marix Servicing, LLC, the Servicer of the above-referenced loan, on behalf of WESTBOURNE CAPITAL, LLC, the Creditor to whom the debt is owed, that you are in default under the terms and conditions of the Note and Security Instrument (i.e. Deed of Trust, Mortgage, etc.), for failure to pay the required installments when due.

This letter serves as further notice that Marix Servicing, LLC intends to enforce the provisions of the Note and Security Instrument. You must pay the full amount of the default on this loan by the forty-seventh (47th) day from the date of this letter which is 04/21/2012 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not pay the full amount of the default, we shall accelerate the entire sum of both principal and interest due and payable, and invoke any remedies provided for in the Note and Security Instrument, including but not limited to the foreclosure sale of the property.

You are hereby informed that you have the right to "cure" or reinstate the loan after acceleration and the right to assert in a foreclosure proceeding, or to bring a court action to assert, the non-existence of a default or any other defense you may have to acceleration and sale.

As of **03/05/2012 the amount of the debt that we are seeking to collect is $468,158.13**, which includes the sum of payments that have come due on and after the date of default **02/01/2008**, any late charges, periodic adjustments to the payment amount (if applicable) and expenses of collection. Because of interest, late charges, and other charges or credits that may vary from day to day, or be assessed during the processing of this letter, the amount due on the day that you pay may be greater. Please contact Marix Servicing, LLC at 1-866-406-2749 (1-866-40MARIX) on the day that you intend to pay for the full amount owed on your account. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current delinquency.

1925 West Pinnacle Peak Road
Phoenix, AZ 85027-1254
Office: 866-406-2749 Fax: 623-249-2070
www.MarixServicing.com

## NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE AND NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

This Notice is provided to you to inform you of the protections provided by R.I. Gen. Laws § 34-27-3.1 of **The Rhode Island Mortgage Foreclosure and Sale Act.**

### NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE

Re: [redacted]

The mortgagee named below ("Mortgagee") hereby notifies you that you are in default on your mortgage. If you fail to remedy this default, Mortgagee has the right to foreclose on the real estate securing the mortgage loan referenced in this Notice.

### NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

**Housing counseling services are available to you at no cost.** Counseling services that can help you understand your options and provide resources and referrals that may assist you in preventing foreclosure are available from mortgage counseling agencies approved by the United States Department of Housing and Urban Development (HUD). You can locate a HUD-approved mortgage counseling agency by calling HUD's toll-free telephone number, 1-800-569-4287, or by accessing HUD's Internet homepage at www.hud.gov. The TDD number is 1-800-877-8339. You can also directly contact one of the Rhode Island HUD-approved counseling agencies listed below. Foreclosure prevention counseling services are available free of charge through HUD's Housing Counseling Program.

Mortgagee: Marix Servicing, LLC, the Servicer, on behalf of WESTBOURNE CAPITAL, LLC

Mortgagee Address:

Street: 1925 West Pinnacle Peak Road

City, State, Zip Code: Phoenix, AZ 85027-1254

Mortgagee Authorized Representative: Barbara Drunkenmiller

Date Mailed: 03/05/2012

Contact Information for Mortgagee Authorized Representative:

Telephone: 1-866-406-2749 (1-866-40MARIX)

Email: ContactUs@MarixServicing.com

## HUD Approved Housing Counseling Agencies in Rhode Island

Blackstone Valley Community Action Program, Inc.
32 Goff Avenue
Pawtucket, RI 02860-2929
Phone: (401) 723-4520
www.bvcap.org

NeighborWorks Blackstone Valley
719 Front Street, Suite 103
Woonsocket, RI02895
Phone: (401)762-0074
www.wndc.org

HelpCenter
Rhode Island Housing
44 Washington Street
Providence, RI 02903
Phone: (401) 457-1130
www.rhodeislandhousing.org

The Housing Network
48 Nashua Street
Providence, RI 02904
Phone: (401) 521-1461
www.housingnetworkri.org

Urban League of Rhode Island
246 Prairie Avenue
Providence, RI 02905
Phone: (401) 351-5000
www.ulri.org

Consumer Credit Counseling Services of Southern NE 4 Richmond Square, Suite 350
Providence, RI 02906
Phone: (888) 845-2227
www.moneymanagement.org

Acorn Housing Corporation
807 Broad Street, Suite 329
Providence, RI 02907
Phone: (401) 780-0509
www.acornhousing.org

CommunityWorks RI
693 Broad Street
Providence, RI 02907
Phone: (401) 273-2330
www.communityworksri.org

West Elmwood Housing Development Corp.
392 Cranston Street
Providence, RI 02907
Phone: (401) 453-3220
www.wehdc.org

Olneyville Housing Corp.
1 Curtis Street, Providence, RI 02909
Phone: (401) 351-8719
www.olneyville.org

Marix Servicing, LLC
PO Box 9097
Temecula, CA 92589-9097

7196 9006 9295 8434 2059

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Marix Servicing, LLC
PO Box 650461
Dallas, TX 75265-0461

Send Correspondence to:
Marix Servicing, LLC
PO Box 42008
Phoenix, AZ 85080-2008

20120309-159

ANNA M PERRETTA
380 PIPPIN ORCHARD RD
CRANSTON, RI 02921-3616

Marix Servicing®
Exceptional People, Exceptional Service
Exceptional Results

Sent Via Certified Mail
7196 9006 9295 8594 0391

03/12/2012

MICHELE PERRETTA SR
380 PIPPIN ORCHARD RD
CRANSTON, RI 02921-3616

Loan Number: [redacted]
Property Address: 380 PIPPIN ORCHARD RD
CRANSTON, RI 02921

**ADVERTENCIA**

ESTA NOTIFICACION ES DE SUMA IMPORTANCIA, PUES AFECTA SU DERECHO A CONTINUAR VIVIENDO EN SU CASA. SI NO COMPRENDE EL CONTENIDO, DE ESTA CARTA, OBTENGA UNA TRADUCCION INMEDIATAMENTE.

Dear MICHELE PERRETTA SR:

You are hereby provided formal notice by Marix Servicing, LLC, the Servicer of the above-referenced loan, on behalf of WESTBOURNE CAPITAL, LLC, the Creditor to whom the debt is owed, that you are in default under the terms and conditions of the Note and Security Instrument (i.e. Deed of Trust, Mortgage, etc.), for failure to pay the required installments when due.

This letter serves as further notice that Marix Servicing, LLC intends to enforce the provisions of the Note and Security Instrument. You must pay the full amount of the default on this loan by the forty-seventh (47th) day from the date of this letter which is 04/28/2012 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not pay the full amount of the default, we shall accelerate the entire sum of both principal and interest due and payable, and invoke any remedies provided for in the Note and Security Instrument, including but not limited to the foreclosure sale of the property.

You are hereby informed that you have the right to "cure" or reinstate the loan after acceleration and the right to assert in a foreclosure proceeding, or to bring a court action to assert, the non-existence of a default or any other defense you may have to acceleration and sale.

As of **03/12/2012 the amount of the debt that we are seeking to collect is $461,655.95**, which includes the sum of payments that have come due on and after the date of default **02/01/2008,** any late charges, periodic adjustments to the payment amount (if applicable) and expenses of collection. Because of interest, late charges, and other charges or credits that may vary from day to day, or be assessed during the processing of this letter, the amount due on the day that you pay may be greater. Please contact Marix Servicing, LLC at 1-866-406-2749 (1-866-40MARIX) on the day that you intend to pay for the full amount owed on your account. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current delinquency.

1925 West Pinnacle Peak Road
Phoenix, AZ 85027-1254
Office: 866-406-2749 Fax: 623-249-2070
www.MarixServicing.com



7196 9006 9295 8594 0391

# NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE AND NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

This Notice is provided to you to inform you of the protections provided by R.I. Gen. Laws § 34-27-3.1 of **The Rhode Island Mortgage Foreclosure and Sale Act.**

## NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE

Re: [redacted]

The mortgagee named below ("Mortgagee") hereby notifies you that you are in default on your mortgage. If you fail to remedy this default, Mortgagee has the right to foreclose on the real estate securing the mortgage loan referenced in this Notice.

## NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

**Housing counseling services are available to you at no cost.** Counseling services that can help you understand your options and provide resources and referrals that may assist you in preventing foreclosure are available from mortgage counseling agencies approved by the United States Department of Housing and Urban Development (HUD). You can locate a HUD-approved mortgage counseling agency by calling HUD's toll-free telephone number, 1-800-569-4287, or by accessing HUD's Internet homepage at www.hud.gov. The TDD number is 1-800-877-8339. You can also directly contact one of the Rhode Island HUD-approved counseling agencies listed below. Foreclosure prevention counseling services are available free of charge through HUD's Housing Counseling Program.

Mortgagee: Marix Servicing, LLC, the Servicer, on behalf of WESTBOURNE CAPITAL, LLC

Mortgagee Address:

Street: 1925 West Pinnacle Peak Road

City, State, Zip Code: Phoenix, AZ 85027-1254

Mortgagee Authorized Representative: Barbara Drunkenmiller

Date Mailed: 03/12/2012

Contact Information for Mortgagee Authorized Representative:

Telephone: 1-866-406-2749 (1-866-40MARIX)

Email: ContactUs@MarixServicing.com

Blackstone Valley Community Action Program, Inc.
32 Goff Avenue
Pawtucket, RI 02860-2929
Phone: (401) 723-4520
www.bvcap.org

NeighborWorks Blackstone Valley
719 Front Street, Suite 103
Woonsocket, RI02895
Phone: (401)762-0074
www.wndc.org

HelpCenter
Rhode Island Housing
44 Washington Street
Providence, RI 02903
Phone: (401) 457-1130
www.rhodeislandhousing.org

The Housing Network
48 Nashua Street
Providence, RI 02904
Phone: (401) 521-1461
www.housingnetworkri.org

Urban League of Rhode Island
246 Prairie Avenue
Providence, RI 02905
Phone: (401) 351-5000
www.ulri.org

Consumer Credit Counseling Services of Southern NE 4 Richmond Square, Suite 350
Providence, RI 02906
Phone: (888) 845-2227
www.moneymanagement.org

Acorn Housing Corporation
807 Broad Street, Suite 329
Providence, RI 02907
Phone: (401) 780-0509
www.acornhousing.org

CommunityWorks RI
693 Broad Street
Providence, RI 02907
Phone: (401) 273-2330
www.communityworksri.org

West Elmwood Housing Development Corp.
392 Cranston Street
Providence, RI 02907
Phone: (401) 453-3220
www.wehdc.org

Olneyville Housing Corp.
1 Curtis Street, Providence, RI 02909
Phone: (401) 351-8719
www.olneyville.org

Marix Servicing, LLC
PO Box 9097
Temecula, CA 92589-9097

7196 9006 9295 8594 0391

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Marix Servicing, LLC
PO Box 650461
Dallas, TX 75265-0461

Send Correspondence to:
Marix Servicing, LLC
PO Box 42008
Phoenix, AZ 85080-2008

20120316-159

MICHELE PERRETTA SR
380 PIPPIN ORCHARD RD
CRANSTON, RI 02921-3616

BR968

Marix Servicing®
Exceptional People, Exceptional Service
Exceptional Results

Sent Via Certified Mail
7196 9006 9295 8737 4477

03/19/2012

MICHELE PERRETTA SR
380 PIPPIN ORCHARD RD
CRANSTON, RI 02921-3616

Loan Number: [redacted]
Property Address: 380 PIPPIN ORCHARD RD
CRANSTON, RI 02921

**ADVERTENCIA**

ESTA NOTIFICACION ES DE SUMA IMPORTANCIA, PUES AFECTA SU DERECHO A CONTINUAR VIVIENDO EN SU CASA. SI NO COMPRENDE EL CONTENIDO, DE ESTA CARTA, OBTENGA UNA TRADUCCION INMEDIATAMENTE.

Dear MICHELE PERRETTA SR:

You are hereby provided formal notice by Marix Servicing, LLC, the Servicer of the above-referenced loan, on behalf of WESTBOURNE CAPITAL, LLC, the Creditor to whom the debt is owed, that you are in default under the terms and conditions of the Note and Security Instrument (i.e. Deed of Trust, Mortgage, etc.), for failure to pay the required installments when due.

This letter serves as further notice that Marix Servicing, LLC intends to enforce the provisions of the Note and Security Instrument. You must pay the full amount of the default on this loan by the forty-seventh (47th) day from the date of this letter which is 05/05/2012 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not pay the full amount of the default, we shall accelerate the entire sum of both principal and interest due and payable, and invoke any remedies provided for in the Note and Security Instrument, including but not limited to the foreclosure sale of the property.

You are hereby informed that you have the right to "cure" or reinstate the loan after acceleration and the right to assert in a foreclosure proceeding, or to bring a court action to assert, the non-existence of a default or any other defense you may have to acceleration and sale.

As of **03/19/2012 the amount of the debt that we are seeking to collect is $479,094.52**, which includes the sum of payments that have come due on and after the date of default **02/01/2008**, any late charges, periodic adjustments to the payment amount (if applicable) and expenses of collection. Because of interest, late charges, and other charges or credits that may vary from day to day, or be assessed during the processing of this letter, the amount due on the day that you pay may be greater. Please contact Marix Servicing, LLC at 1-866-406-2749 (1-866-40MARIX) on the day that you intend to pay for the full amount owed on your account. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current delinquency.

1925 West Pinnacle Peak Road
Phoenix, AZ 85027-1254
Office: 866-406-2749 Fax: 623-249-2070
www.MarixServicing.com

# NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE AND NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

This Notice is provided to you to inform you of the protections provided by R.I. Gen. Laws § 34-27-3.1 of **The Rhode Island Mortgage Foreclosure and Sale Act.**

## NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE

Re: [redacted]

The mortgagee named below ("Mortgagee") hereby notifies you that you are in default on your mortgage. If you fail to remedy this default, Mortgagee has the right to foreclose on the real estate securing the mortgage loan referenced in this Notice.

## NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

**Housing counseling services are available to you at no cost.** Counseling services that can help you understand your options and provide resources and referrals that may assist you in preventing foreclosure are available from mortgage counseling agencies approved by the United States Department of Housing and Urban Development (HUD). You can locate a HUD-approved mortgage counseling agency by calling HUD's toll-free telephone number, 1-800-569-4287, or by accessing HUD's Internet homepage at www.hud.gov. The TDD number is 1-800-877-8339. You can also directly contact one of the Rhode Island HUD-approved counseling agencies listed below. Foreclosure prevention counseling services are available free of charge through HUD's Housing Counseling Program.

Mortgagee: Marix Servicing, LLC, the Servicer, on behalf of WESTBOURNE CAPITAL, LLC

Mortgagee Address:

Street: 1925 West Pinnacle Peak Road

City, State, Zip Code: Phoenix, AZ 85027-1254

Mortgagee Authorized Representative: Barbara Drunkenmiller

Date Mailed: 03/19/2012

Contact Information for Mortgagee Authorized Representative:

Telephone: 1-866-406-2749 (1-866-40MARIX)

Email: ContactUs@MarixServicing.com

Blackstone Valley Community Action Program, Inc.
32 Goff Avenue
Pawtucket, RI 02860-2929
Phone: (401) 723-4520
www.bvcap.org

NeighborWorks Blackstone Valley
719 Front Street, Suite 103
Woonsocket, RI02895
Phone: (401)762-0074
www.wndc.org

HelpCenter
Rhode Island Housing
44 Washington Street
Providence, RI 02903
Phone: (401) 457-1130
www.rhodeislandhousing.org

The Housing Network
48 Nashua Street
Providence, RI 02904
Phone: (401) 521-1461
www.housingnetworkri.org

Urban League of Rhode Island
246 Prairie Avenue
Providence, RI 02905
Phone: (401) 351-5000
www.ulri.org

Consumer Credit Counseling Services of Southern NE 4 Richmond Square, Suite 350
Providence, RI 02906
Phone: (888) 845-2227
www.moneymanagement.org

Acorn Housing Corporation
807 Broad Street, Suite 329
Providence, RI 02907
Phone: (401) 780-0509
www.acornhousing.org

CommunityWorks RI
693 Broad Street
Providence, RI 02907
Phone: (401) 273-2330
www.communityworksri.org

West Elmwood Housing Development Corp.
392 Cranston Street
Providence, RI 02907
Phone: (401) 453-3220
www.wehdc.org

Olneyville Housing Corp.
1 Curtis Street, Providence, RI 02909
Phone: (401) 351-8719
www.olneyville.org

Marix Servicing, LLC
PO Box 9097
Temecula, CA 92589-9097

7196 9006 9295 8737 4477

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Marix Servicing, LLC
PO Box 650461
Dallas, TX 75265-0461

Send Correspondence to:
Marix Servicing, LLC
PO Box 42008
Phoenix, AZ 85080-2008

20120322-159

MICHELE PERRETTA SR
380 PIPPIN ORCHARD RD
CRANSTON, RI 02921-3616

BR968