UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHELE PERRETTA and         :
ANNA PERRETTA              :
                                    :
vs.                             :    Civil Docket No. 12-cv-927
                                    :
AMERICAN RESIDENTIAL EQUITIES   :
LIX, LLC, ALIAS, STATEBRIDGE      :
COMPANY, LLC, ALIAS, MARIX      :
SERVICING, LLC, WESTBOURNE     :
CAPITAL, LLC, AMERICAN           :
RESIDENTIAL EQUITIES, LLC, ALIAS,   :
ACQURA LOAN SERVICING, ALIAS,    :
AND JOHN DOE, ALAIS            :

## STIPULATION

The Plaintiffs and Defendants, American Residential Equities LIX, LLC and

Westbourne Capital, LLC hereby stipulate and agree that the time by which Defendants,

American Residential Equities LIX, LLC and Westbourne Capital, LLC will file its

answer or other responsive pleading to Plaintiffs' Amended Complaint may be extended

to April 17, 2014.


Plaintiffs                            Defendants
Michele Perretta                   American Residential Equities LIX, LLC
Anna Perretta                     Westbourne Capital, LLC
By their Attorney                By their Attorney


_/s/ John B. Ennis_____       __/s/ Michael R. Hagopian_____
John B. Ennis, Esq. #2135         Michael R. Hagopian #3448
1200 Reservoir Avenue           Orlans Moran
Cranston, RI 02920              PO Box 540540
(401) 943-9230                 Waltham, MA 02454
jbelaw@aol.com                (781) 790-7800
                               mhagopian@orlansmoran.com


## CERTIFICATION

I hereby certify that a true copy was sent by electronic means to counsel of record


                             __/s/ Michael R. Hagopian_____