UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHAWMUT REALTY COMPANY et al., ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LEHMAN BROTHERS ) <br> BANK, FSB, et al., ) <br>     Defendants. ) | C.A. No. 11-506-M |
| JEFFREY MARCHAND ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PNC BANK, N.A., et al., ) <br>     Defendants. ) | C.A. No. 13-399-M |
| HECTOR VASQUEZ-PAEZ, et al. ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MORTGAGE ELECTRONIC ) <br> REGISTRATION SYSTEMS, INC., et al., ) <br>     Defendants. ) | C.A. No. 12-269-M |
| ANTONIETA BERRUM ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MORTGAGE ELECTRONIC ) <br> REGISTRATION SYSTEMS, INC., et al., ) <br>     Defendants. ) | C.A. No. 12-423-M |

| | |
|---|---|
| ADRIANO FREIRE, et al.<br>      Plaintiffs,<br><br>v.<br><br>MIDFIRST BANK, et al.,<br>      Defendants. | C.A. No. 12-603-M |
| MANUEL DELEON,<br>      Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., et al.,<br>      Defendants. | C.A. No. 12-050-M |
| MARIA MUNOZ<br>      Plaintiff,<br><br>v.<br><br>BARCLAYS CAPITAL REAL<br>ESTATE, INC., et al.,<br>      Defendants. | C.A. No. 13-053-M |
| JUAN OLIVO<br>      Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON, et al.,<br>      Defendants. | C.A. No. 13-089-M |

| | |
|---|---|
| ROBERT EDEN,<br>    Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., et al.,<br>    Defendants. | C.A. No. 11-598-M |
| THOMAS D. GAMMINO,<br>    Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., et al.,<br>    Defendants. | C.A. No. 12-335-M |
| MICHELE PERRETTA, et al.,<br>    Plaintiffs,<br><br>v.<br><br>AMERICAN RESIDENTIAL<br>EQUITIES LIX, LLC, et al.,<br>    Defendants. | C.A. No. 12-927-M |
| THOMAS DiSANTO, et al.,<br>    Plaintiffs,<br><br>v.<br><br>JP MORGAN BANK, N.A., et al.,<br>    Defendants. | C.A. No. 12-318-M |

| | |
|---|---|
| JOHN CLARK DONATELLI,<br>    Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., et al.,<br>    Defendants. | C.A. No. 12-714-M |
| RODACIANO RODRIGUEZ, et al,<br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA, et al.,<br>    Defendants. | C.A. No. 12-210-M |
| ADELINO MELO, et al.,<br>    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, NA., et al.,<br>    Defendants. | C.A. No. 10-439-M |
| BARBARA TESTA, et al.,<br>    Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO<br>SERVICING, INC., et al.,<br>    Defendants. | C.A. No. 12-386-M |

4

| | |
|---|---|
| SHARON STEELE,<br>      Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL<br>MORTGAGE ASSOCIATION, et al.,<br>      Defendants. | C.A. No. 12-666-M |
| RAFAEL GENAO,<br>      Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., et al.<br>      Defendants. | C.A. No. 12-664-M |
| DANIEL RAFAEL, et al.,<br>      Plaintiffs,<br><br>v.<br><br>FRANKLIN AMERICAN<br>MORTGAGE COMPANY, et al.,<br>      Defendants. | C.A. No. 12-843-M |
| ALEX D. LYNCH, et al.,<br>      Plaintiffs,<br><br>v.<br><br>HUDSON CITY SAVINGS BANK, et al.,<br>      Defendants. | C.A. No. 13-233-M |

| | |
|---|---|
| RAFFAEL ESTRADA, et al.,<br>        Plaintiffs,<br><br>     v.<br><br>RAMP 2006-SP4, et al.,<br>        Defendants. | C.A. No. 12-297-M |
| RAYMOND HIDALGO, et al.,<br>        Plaintiffs,<br><br>     v.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION, et al.,<br>        Defendants. | C.A. No. 13-004-M |
| NATALIE A. CASCI, et al.,<br>        Plaintiffs,<br><br>     v.<br><br>US BANK N.A., et al.,<br>        Defendants. | C.A. No. 12-924-M |
| MARY STRICKLAND<br>        Plaintiff,<br><br>     v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., et al.,<br>        Defendants. | C.A. No. 12-492-M |

| | |
|---|---|
| TODD THOMAS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>PHH MORTGAGE CORPORATION, et al.,<br>　　　　Defendants. | C.A. No. 13-162-M |
| MIGUEL PRIETO,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., et al.,<br>　　　　Defendant. | C.A. No. 12-625-M |
| CHARLES DUVA, et al.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>HSBC BANK USA, N.A., et al.,<br>　　　　Defendants. | C.A. No. 13-090-M |
| LOUIS LESNIAK,<br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br>　　　　Defendants. | C.A. No. 12-334-M |

7

| | |
|---|---|
| JORGE BRAVO, et al.,<br>      Plaintiffs,<br><br>v.<br><br>PNC BANK, N.A., et al.,<br>      Defendants. | C.A. No. 13-406-M |
| MAL SALVADORE<br>      Plaintiff,<br><br>v.<br><br>PNC BANK, N.A., et al.,<br>      Defendants. | C.A. No.: 13-250-M |

## ORDER

The Plaintiffs voluntarily dismissed without prejudice each of the above-captioned cases. The Court orders the Defendants to show cause no later than May 2, 2014, why the Court should not order the Special Master to return to the Plaintiffs the Use and Occupancy Fees that they paid to the Special Master.

IT IS SO ORDERED:

_____
John J. McConnell, Jr.
United States District Judge

April 15, 2014